IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Maritza Dominguez Braswell**

| | |
|---|---|
| Civil Action No: 24-cv-00003-CNS-MDb | Date:   August 4, 2025 |
| Courtroom Deputy:  E. Lopez Vaughan | FTR:   Courtroom 101 |

*Parties:*  *Counsel:*

Tyriq Miller, et al                            Penn Dodson

   Plaintiffs,

v.

Gilberts Tree Service, Inc, et al           Pro se

   Defendants.

---

**COURTROOM MINUTES**

---

**STATUS CONFERENCE**

**11:00 a.m.      Court in session.**

Court calls case.  Appearances entered.

This matter is before the Court *sua sponte* to discuss the status of the case and current posture of the parties. Defendant has recently engaged with opposing counsel and both parties express interest in potential resolution. Mr. Rodriguez is advised that should those discussions and/or mediation efforts fail and this litigation moves forward, Gilbert's Tree Service, Inc. must be represented by counsel in accordance with the Local Rules.

Plaintiffs withdraw the pending *Motion for Default Judgment* at ECF No. 33.

**ORDERED**:  The Motion at ECF No. 33 is **WITHDRAWN** without prejudice and may be refiled at a later time. It is further

**ORDERED**:  Defendants' *Motion for Extension of Time or Continuance* at ECF No. 46 is **DENIED as MOOT**.  It is further

**ORDERED**:  This matter is **STAYED** through **September 17, 2025**, at which time the parties shall submit a *Joint Status Report* apprising the Court of the status of discussions surrounding potential resolution. At that time the Court will determine whether a

>brief continuation of the stay is appropriate or whether the stay should be lifted and deadlines imposed.

Defendant Rodriguez indicates interest in becoming an e-Filer. The Court's website (www.cod.uscourts.gov) contains many resources for self-represented parties under the tab titled "Representing Yourself", including the instructions to register as in e-Filer in the District of Colorado  (ProSe E-Filing Instructions | US District Court of Colorado), which are also attached to the minutes.

Hearing concluded.

**11:18 a.m.     Court in recess.**

Total in-court time    00:18

*To order transcripts of hearings, please contact Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.